

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

ORDER

v.

Cr. 06-174-03

JOHN CAPPELLI,

Defendant.
-------------------------------------------------------------------x

It is hereby ordered that the five year probationary sentence that was imposed upon John Cappelli by the Honorable Joseph A. Greenaway on September 28, 2009, is hereby terminated.

Dated: 10/5, 2012

_____
Hon. Stanley R. Chesler
United States District Court Judge